UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNDAYE SHOWERS and
ROBERT DUNNE JR.,

Plaintiffs,

v. Case No. 8:16-cv-00614-T-24TGW

PROG LEASING, LLC d/b/a PROGRESSIVE
LEASING,

Defendant.
_____________________________________/

**ORDER**

This cause comes before the Court on Prog Leasing, LLC d/b/a Progressive Leasing's ("Progressive") Motion to Compel Individual Arbitration and to Stay Proceedings with Supporting Memorandum of Law (Dkt. 6) filed on May 24, 2016. Plaintiffs Sundaye Showers' and Robert Dunne Jr.'s ("Plaintiffs") response to this motion was due June 10, 2016. On June 14, 2016, this Court ordered Plaintiffs to show cause, on or before June 20, 2016, in writing as to why this Court should not consider Progressive's motion to compel individual arbitration without their response. Dkt. 10. The Court informed Plaintiffs that failure to respond would result in the Court considering the motion to be unopposed. *Id.* To date, Plaintiffs have not responded to the Court's order.

Accordingly, the Court considers Progressive's motion to be unopposed and it is **ORDERED AND ADJUDGED** that Progressive's motion to compel individual arbitration and stay proceedings is **GRANTED.**

(1) Plaintiffs shall arbitrate their claims against Progressive on an individual basis.

(2) This case is stayed pending the completion of Plaintiffs' arbitrations.

(3) The Clerk is directed to administratively close the case.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of June, 2016.

Susan C. Bucklew

SUSAN C. BUCKLEW
United States District Judge